CALDWELL, Respondent, v. REXFORD'S FLATS BRIDGE CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 24, 1901.) Action by Emmor J.

Caldwell, who sues on behalf of himself and all other stockholders situated similarly with himself, against the Rexford's Flats Bridge Company and others.

PER CURIAM. Order so modified as to restrain the transfer by the defendants of only the 76 shares of treasury stock mentioned in the complaint, and the payment of the claim presented by Cyrus W. Rexford, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.